**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LISA FLOWERS, Surviving Daughter and Executor of the Estate of LAURETHA TANYI, Deceased,<br><br>            Plaintiff,<br><br>      v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>            Defendant. | Civil Action No.:  1:07-cv-09671<br><br>**DEFENDANT'S DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

1.    Parent Companies:

     (a) Novartis Finance Corporation, a New York corporation;

     (b) Novartis Corporation, a New York corporation;

     (c) Novartis Holding, AG, a Swiss company; and

     (d) Novartis AG, a Swiss company, whose American Depository Shares are publicly traded on the New York Stock Exchange.

2.    Publicly held companies owning more than 10% of NPC stock:

     (a) Novartis AG indirectly owns a 100% interest in NPC.

Dated:  November 26, 2007                    Respectfully submitted,


s/ Ethan D. Stein
Ethan D. Stein (ES-7130)
Diane E. Lifton (DL-9673)
GIBBONS P.C.
A Professional Corporation
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
Phone: 212-613-2000
Fax: 212-333-5980
*Counsel for Defendant Novartis*
*Pharmaceuticals Corporation*

*Of counsel:*
Joe G. Hollingsworth
Donald W. Fowler
Katharine R. Latimer
Robert E. Johnston
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, D.C.  20005
Phone:  (202) 898-5800
Fax:  (202) 682-1639

17

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, the Defendant's Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service upon the following parties and participants:

> Daniel A. Osborn, Esq.
> Russel H. Beatie, Esq.
> Philip J. Miller, Esq.
> Beatie and Osborn LLP
> 521 Fifth Avenue, 34th Floor
> New York, NY 10175

I further certify that on November 26, 2007, I served a true and correct copy of the foregoing Defendant's Disclosure Statement by United States Mail, postage prepaid, on:

> The Powell Law Firm, L.C.                 The Offices of Jeffrey C. Bogert
> 269 South Beverly Drive                   501 Colorado Boulevard
> Suite 1156                                Suite 208
> Beverly Hills, CA 90212                   Santa Monica, CA 90401

> s/ Ethan D. Stein
> Ethan D. Stein

18